FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Kyle Bui<br>    Defendant. | Case No. 09-248 DOC<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    (X)    the appearance of the defendant as required; and/or

    B.    ( )    the safety of any person or the community.

The Court concludes that:

A.  (X)  Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

PRIOR PRC FAILURE

CURRENT ALLEGATIONS

B.  ( )  Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

IT IS ORDERED that defendant be detained.

DATE: AUG 13, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE