

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Bell, Faye DEFENDANT(S). | CASE NUMBER SACR 09-248-DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Thursday 10/30/14_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Robert N Block_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) and produced for the hearing.

Dated: _10/29/14_

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK